Certificate Number: 16339-PAW-DE-040938867

Bankruptcy Case Number: 26-21243



16339-PAW-DE-040938867

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2026, at 10:35 o'clock AM EDT, Ryan Vett completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 5, 2026                          By:     /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor